IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.,
SPECIAL SITUATIONS CAYMAN FUND, L.P.,
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of
themselves and others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.,
LORENE R. SWEENEY and
GARY T. SCHERPING,
JEFFREY M. KRAUSS,
FRED L. BROWN,
J. ANDREW COWHERD,
JAMES B. HOOVER,
CHARLES J. ROESSLEIN and
JAMES A. GILBERT,

        Defendants.
_____

ORDER DENYING MOTION FOR ENTRY OF PROPOSED CONSOLIDATED
SCHEDULING ORDER
_____

On November 2, 2005, Defendant Quovadx, Inc., filed a motion for entry of a proposed consolidated scheduling order to be applicable to this civil action and Civil Action No. 04-cv-00665-RPM, *David Heller v. Quovadx, Inc., Lorine R. Sweeney and Gary T. Scherping.* The motion was submitted with a consolidated caption. These civil actions have not been consolidated and the Court has previously indicated in the order of July 22, 2005, denying David Heller's motion for a December 5, 2005, trial date that

a joint scheduling conference in these cases is anticipated for the purpose of coordinating discovery. That cannot be accomplished until the question of class certification has been resolved in this civil action.

The proposed order also contains a provision that this Court is to order a mediation no later than December 15, 2005, and also to order attendance by representatives of relevant insurance carriers. No such order will enter now or at any other time. The parties are free to conduct their own negotiations. This Court's case management procedures are directed toward trial. Additionally, the proposed scheduling order refers to a trial of both civil actions and this Court has previously refused and continues to refuse to set these cases for trial as a consolidated case. It is therefore

ORDERED that the motion of Quovadx for entry of a proposed consolidated scheduling order is denied and it is

FURTHER ORDERED that counsel in this and Civil Action No. 04-cv-00665-RPM will discontinue the practice of submitting pleadings with a joint caption. The Clerk's Office will maintain separate files for these two cases.

DATED: November 4, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge