# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1006 RPM

SPECIAL SITUATIONS FUND III, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., AND SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated,

    Plaintiff,

v.

QUOVADX, INC., LORINE R. SWEENEY, GARY T. SCHERPING, JEFFERY M. KRAUSS, FRED L. BROWN, J. ANDREW COWHERD, JAMES B. HOOVER, CHARLES J. ROESSLEIN and JAMES A. GILBERT,

    Defendants.

## PROTECTIVE ORDER REGARDING CONFIDENTIALITY

For good cause appearing, the foregoing stipulation regarding confidentiality is approved. IT IS SO ORDERED.

Dated: November 4, 2005

                                      By: s/Richard P. Matsch

                                          THE HONORABLE RICHARD MATSCH
                                          UNITED STATES DISTRICT JUDGE