IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.,
SPECIAL SITUATIONS CAYMAN FUND, L.P.,
SPECIAL SITUATIONS TECHNOLOGY FUND NEW., L.P.,and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P.
On behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC., *et al.*

        Defendants.

---

ORDER SETTING JOINT SCHEDULING CONFERENCE

---

        Pursuant to D.C.COLO.LCivR 16.2A and 29.1, it is

        ORDERED that a joint scheduling conference for this civil action and Civil Action No. 04-cv-665-RPM, will be held on **January 5, 2006, at 2:30 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

        Dated: November 10th, 2005

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge