IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P.; and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated,

      Plaintiffs,

QUOVADX, INC.;
LORINE R. SWEENEY;
GARY T. SCHERPING;
JEFFREY M. KRAUSS;
FRED L. BROWN;
J. ANDREW COWHERD;
JAMES B. HOOVER;
CHARLES J. ROESSLEIN, and
JAMES A. GILBERT,

      Defendants.

---

### ORDER GRANTING MOTION FOR WITHDRAWAL

---

THIS MATTER comes before the Court on the Motion for Withdrawal filed by the law firm of Dill, Dill, Carr, Stonbraker & Hutchings, P.C., and the Court, having read the Motion and being fully advised in the premises;

HEREBY ORDERS that the law firm of Dill, Dill, Carr, Stonbraker & Hutchings, P.C., John A. Hutchings and Adam P. Stapen may withdraw as counsel for Defendant Quovadx, Inc.

Dated this 1st day of March, 2006.

BY THE COURT:

_[signature]_
United States District Court Judge