IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.,
SPECIAL SITUATIONS CAYMAN FUND, L.P.,
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P.,
on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.
LORINE R. SWEENEY,
GARY T. SCHERPING,
JEFFREY M. KRAUSS,
FRED L. BROWN,
J. ANDREW COWHERD,
JAMES B. HOOVER,
CHARLES J. ROESSLEIN, and
JAMES A. GILBERT,

        Defendants.

---

ORDER FOR DISMISSAL OF DEFENDANTS
LORINE R. SWEENEY, GARY T. SCHERPING, JEFFREY M. KRAUSS,
FRED L. BROWN, J. ANDREW COWHERD, JAMES B. HOOVER,
CHARLES J. ROESSLEIN, and JAMES A. GILBERT

---

On December 23, 2005, the Lead Plaintiffs moved for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a) of defendants Lorine R. Sweeney, Gary T. Scherping, Jeffrey M. Krauss, Fred L. Brown, J. Andrew Cowherd, James B. Hoover, Charles J. Roesslein, and James A. Gilbert (the "Individual Defendants"). Upon consideration of papers filed in support of that motion and the defendants' responses, and upon the requirement that notice of this dismissal of

the Individual Defendants be included in the Notice of Class Action, it is

      ORDERED that the claims set forth in the plaintiffs' First Amended Class Action Complaint against defendants Lorine R. Sweeney, Gary T. Scherping, Jeffrey M. Krauss, Fred L. Brown, J. Andrew Cowherd, James B. Hoover, Charles J. Roesslein, and James A. Gilbert complaint are hereby dismissed without prejudice.

      Dated: May 30, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge