IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P.; and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.;

        Defendant.

ORDER FOR COMPLIANCE WITH ORDER APPROVING NOTICE PLAN

On May 30, 2006, the court granted the Lead Plaintiffs and Defendant Quovadx, Inc.'s unopposed joint motion for approval of notice plan submitted on May 22, 2006. The order established procedures and deadlines for the notice to class members required under Federal Rules of Civil Procedure 23(c)(2)(B) and 23(e)(1)(B). Paragraph 5.G of the order states, "Within 45 days after the Court's entry of this Order, Class Counsel will file with the Court, and provide to all Defendants a copy of, a declaration of compliance with paragraphs B through F above, including a statement of the number of persons to whom the Notice Materials were mailed." As of this date, no declaration of compliance has been filed.

Accordingly, it is

ORDERED that on or before October 2, 2006, counsel for the lead plaintiffs shall submit a declaration of compliance as required by the order approving the notice plan, or, alternatively, a report describing the status of the notification process.

Dated: September 13, 2006

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge