IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.,
SPECIAL SITUATIONS CAYMAN FUND, L.P.,
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of
themselves and others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.,

        Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


      Plaintiffs' motion for leave to file supplementary memorandum in further support of their motion for partial summary judgment (Doc. #199) is granted and the brief attached thereto is accepted for filing.

Dated:  October 12, 2006