**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 23, 2006
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 04-cv-01006-RPM

| | |
|---|---|
| SPECIAL SITUATIONS FUND III, L.P., | Lawrence Rolnick |
| SPECIAL SITUATIONS CAYMAN FUND, L.P., | |
| SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and | |
| SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated, | |
| Plaintiffs, | |
| v. | |
| QUOVADX, INC., | JohnVaught |
| | Hugh Gottschalk |
| Defendant. | Michael Williams |

_____

### COURTROOM MINUTES
_____

**Hearing on Plaintiff's Motion for Partial Summary Judgment**

**1:59 p.m.      Court in session.**

Court's preliminary remarks.

2:03 p.m.      Argument by Mr. Rolnick.
2:38 p.m.      Argument by Mr. Vaught.
3:03 p.m.      Rebuttal argument by Mr. Rolnick.
3:15 p.m.      Further argument by Mr. Vaught.

**ORDERED:    Plaintiffs' Motion for Partial Summary Judgment, filed May 26, 2006 [171], stands submitted and is taken under advisement.**

**3:17 p.m.      Court in recess.**

Hearing concluded.  Total time: 1hr. 18 min.