# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P.; and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated,

        Plaintiffs,

QUOVADX, INC.,

        Defendant.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs and Defendant's Joint Motion to Stay Proceedings is **GRANTED** for the reasons stated in that motion. The parties shall have up to and including January 19, 2007, in which to file their settlement agreement and motion for preliminary approval of the proposed class settlement. All proceedings are hereby stayed pending the Court's consideration and preliminary approval of the proposed settlement.

                                                 s/Richard P. Matsch

Dated: January 4th, 2007                          _____
                                                United States District Court Judge