IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and
others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.,

        Defendant.

## ORDERS ON MOTIONS BY WILLIAM S. KARN

On January 5, 2007, Mr. William S. Karn, a Quovadx shareholder, filed electronically a "Motion For Admission Of Appearance Of Objecting Share Owner and Motion for Hearing on Alleged Title 15 USC § 1 Violation and Motion For Ruling On Constitutionality Of Class Action." On January 8, 2007, Mr. Karn filed electronically a "Motion For Allowance Of HTML Format Filing By Objecting Share Owner." He filed similar motions in *Heller v. Quovadx, et al.*, Civil Action No. 04-cv-00665-RPM.

The motions by Mr. Karn are denied. The Special Situations Funds have been appointed Lead Plaintiffs in this action. Unnamed class members are represented by those entities. Although the court has been informed that settlement agreement has been reached and that a

motion for preliminary approval will be filed in the near future, no such motion is pending. There presently is no basis for Mr. Karn to appear as an "objecting shareholder." Mr. Karn's motions are denied for the additional reasons set forth in the Order dated January 10, 2007, in Civil Action No. 04-cv-00665-RPM.

Based on the foregoing, it is

ORDERED that the Motion For Admission Of Appearance Of Objecting Share Owner filed by William S. Karn is denied; and it is

FURTHER ORDERED that Mr. Karn's Motion for Hearing on Alleged Title 15 USC § 1 Violation is denied; and it is

FURTHER ORDERED that Mr. Karn's Motion For Ruling On Constitutionality Of Class Action is denied, and it is

FURTHER ORDERED that Mr. Karn's Motion for Allowance of HTML Format Filing is denied.

Dated: January 10, 2007

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge