IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.,
SPECIAL SITUATIONS CAYMAN FUND, L.P.,
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of
themselves and others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.,

        Defendant.
_____

ORDER FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES
_____

Pursuant to the hearing held on June 8, 2007, on Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses and the supporting papers and the Declaration of Frederic Fox in Support of an Award of Attorneys' Fees and Reimbursement of Expenses for the firm of Kaplan Fox & Kilsheimer LLP, counsel for the plaintiff Gail Henderson prior to the appointment of the Lead Plaintiffs in this litigation, the Court finds and concludes as follows:

    1.   The results obtained for the Class Members from the Settlement Agreement in this litigation are such that those who have filed claims will be paid more than the full amount of their calculated losses according to the Plan of Allocation.

    2.   A contingency fee of 25% of the Settlement Fund is an appropriate and

reasonable measure of the value of the services performed by Lead Counsel and the expenses for which reimbursement is sought are reasonable and appropriate.

3. An award of 25% of the interest earned on the Settlement Fund is an appropriate addition to the fee award.

4. The services performed by the Kaplan Fox firm prior to the appointment of the Lead Plaintiffs were to the benefit of the class and the request for $203,165 is the reasonable value of those services and the expenses incurred in the amount of $6,279.95 are appropriate for reimbursement.

Accordingly, it is

ORDERED that Lowenstein Sandler PC and Marc B. Kramer, Esq. (collectively, "Lead Counsel") are awarded $1,982,261.00 in fees and reimbursement of $176,813.34 in expenses and the firm of Kaplan Fox & Kilsheimer LLP is awarded $203,165.00 in fees and reimbursement of $6,279.95 in expenses.

Payment of these amounts shall be made from the Settlement Fund immediately subject to the terms, conditions and obligations of the Stipulation of Settlement, and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

DATED: June 8, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge