IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and
others similarly situated,

      Plaintiffs,

v.

QUOVADX, INC.,

      Defendant.

---

## ORDER FOR STATUS REPORT

---

Rejection letters sent by the claims administrator informed rejected claimants that they could seek relief from this court. The court has received letters from the following persons who assert that their claims were wrongly rejected or that they should be allowed to cure the deficiency that was the reason for the rejection:

1. Daniel A. O'Bryne, of Royce & Associates, LLC, on behalf of the Royce Opportunity Fund; Royce Razor Fund, LP; Royce Micro-Cap Fund; Royce Micro-Cap Trust, and Royce Value Trust (Claim No. 001005935);

2. Marie F. Dolan (Claim No. 001005934);

3. Donald and June Williams (Claim No. 001005296);

4. Ronald Dean Hallman;

5.      Edward S. Holmes (Claim No. 001005295);

6.      E.T. Hensen (Claim No. 001005271);

7.      Michael W. Robertson (Claim No. 001005052);

8.      Hans Reimann (Claim No. 001005309), and

9.      Thuy Bui (Claim No. 001005946).

The court also received a letter from Penn Series Funds, Inc. dated July 13, 2007, requesting

relief from rejection, and a subsequent letter dated July 23, 2007, withdrawing such request.

Upon review of these requests for relief, it is

ORDERED that on or before September 14, 2007, counsel for the plaintiffs shall file a

status report describing the status of these disputed claims and any others known to the plaintiffs

or the claims administrator.  Such report shall also describe the status of the distribution of the

settlement proceeds.

Dated: July 27, 2007

BY THE COURT:

s/ Richard P. Matsch

Richard P. Matsch, Senior District Judge