IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P.; and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.;

        Defendant.

ORDER FOR SERVICE OF LEAD COUNSEL'S STATUS REPORT

On September 5, 2007, the plaintiffs' Lead Counsel submitted a status report concerning disputed claims. The Status Report requests that this Court issue an order declaring that certain claims be permitted to participate in the distribution of the settlement proceeds, that certain claims be denied participation, and that certain claims be rejected unless the claimants provide additional information in support of their claims. The Certificate of Service accompanying the Status Report does not show service on those persons whose claims would be affected by the relief requested. Procedural due process requires notice to those persons whose claims are addressed and an opportunity to respond.

Accordingly, it is

ORDERED that on or before October 9, 2007, the Lead Counsel or Settlement Administrator shall serve the Status Report by mailing a copy to each person having a claim addressed in the Report. Such service shall be accompanied by a copy of this order. Any objections to Lead Counsel's proposed orders must be filed as follows:

>   Clerk of the Court
>   United States District Court for the District of Colorado
>   Alfred A. Arraj United States Courthouse
>   901 19th Street, Room A-205
>   Denver, CO 80294-3589,

with a copy to:

>   Lawrence M. Rolnick, Esq.
>   LOWENSTEIN SANDLER PC
>   65 Livingston Avenue
>   Roseland, NJ 07068

To be considered by the Court, objections must be received on or before October 31, 2007. It is

FURTHER ORDERED that on or before October 16, 2007, Lead Counsel shall file a Certificate of Service showing service of the Status Report and this order.

Dated: September 27, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge