IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P.; and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.;

        Defendant.

ORDER TO CLERK REGARDING FILING PROCEDURE
FOR CLAIMANTS' OBJECTIONS TO LEAD COUNSEL'S STATUS REPORT

The Order dated September 27, 2006, for Service of Lead Counsel's Status Report, provides that settlement claimants having objections to the Lead Counsel's Status Report are to file such objections with the Clerk of the Court. The Clerk is directed to accept and docket objections mailed to the Clerk. Electronic filing by settlement claimants is neither required nor permitted.

Dated: September 27, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge