IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P.; and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC.;

        Defendant.

___

ORDER STRIKING UNTIMELY OBJECTION TO SETTLEMENT

___

Upon consideration of the objection to settlement submitted by Paul Catullo, it is

ORDERED that the objection [doc. 275] is stricken as untimely.

Dated: October 29, 2007

        BY THE COURT:

        s/Richard P. Matsch

        ___
        Richard P. Matsch, Senior District Judge