IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P.,
SPECIAL SITUATIONS CAYMAN FUND, L.P.,
SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and
SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of
themselves and others similarly situated,

    Plaintiffs,
v.

QUOVADX, INC.,

    Defendant.

## ORDER REGARDING DISPUTED CLAIMS

This matter having come before the Court by its Order dated July 27, 2007, and the Court having reviewed and considered the Status Reports submitted by Lead Counsel, as well as the declarations of Anya Verkhovskaya, the Court; and for good cause shown:

IT IS hereby **ORDERED** that:

1. Claim Nos. 1005886, 1005384, 1005295, 1005288, 1005052, 1005309, 1005296, 1005935-2, 1005935-4 and1005954 are permitted to participate in the distribution of the settlement proceeds.

2. Claim Nos. 1005271, 1005934, 1005935-0, 1005935-1, and 1005935-3 are denied participation in the distribution of settlement proceeds.

3. Thuy Bui (Claim No. 1005946) shall provide any of the following information to the Claims Administrator within 14 days of this Order: copies of brokers' confirmations, monthly brokerage statements, schedules attached to tax filings, or letters signed by Claimant's broker on brokerage letterhead that shows her acquisition the 187 shares of Quovadx, Inc. common occurred through the Rogue Wave exchange offer.

4. R. Jane Dehart (Claim No. 1005382) shall provide any of the following information to the Claims Administrator within 14 days of the Order: copies of brokers' confirmations, monthly brokerage statements, schedules attached to tax filings, or letters signed by Claimant's broker on brokerage letterhead for the month of December 2003 showing the exchange of Rogue Wave shares along with the proof of current holdings, if any, or the sale of these shares.

5. If either Thuy Bui (Claim No. 1005946) or R. Jane Dehart (Claim No. 1005382) fail to provide the information requested herein to the Claims Administrator within 14 days, their respective claims shall be rejected and their objections denied without further proceedings.

6. If either Thuy Bui (Claim No. 1005946) or R. Jane Dehart (Claim No. 1005382) provide the information requested herein to the Claims Administrator within 14 days, and the Claims Administrator finds that they have no Recognized Loss, then their respective claims shall be rejected and their objections denied without further proceedings; and

7. If either Thuy Bui (Claim No. 1005946) or R. Jane Dehart (Claim No. 1005382) provide the information requested herein to the Claims Administrator within 14 days, and the Claims Administrator finds that they each have a Recognized Loss, then they shall be permitted to participate in the distribution of the settlement proceeds.

8. The Claims Administrator shall mail a copy of this Order on all Claimants referenced herein within 3 days of entry.

**IT IS SO ORDERED.**

Dated: November 8, 2007

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge

Submitted by:
**LOWENSTEIN SANDLER P.C.**
Lawrence M. Rolnick, Esq. (LR-0546)
65 Livingston Avenue
Roseland, NJ 07068-1791
Tel. 973.597.2450
Fax. 973.597.2451
*Lead Plaintiffs' Counsel*