IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:04-cv-01006-RPM

SPECIAL SITUATIONS FUND III, L.P., SPECIAL
SITUATIONS CAYMAN FUND, L.P., SPECIAL SITUATIONS
TECHNOLOGY FUND NEW, L.P., and SPECIAL
SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of
themselves and others similarly situated,

        Plaintiffs,

v.

QUOVADX, INC., LORINE R. SWEENEY, GARY T.
SCHERPING, JEFFREY M. KRAUSS, FRED L. BROWN, J.
ANDREW COWHERD, JAMES B. HOOVER, CHARLES J.
ROESSLEIN, and JAMES A. GILBERT,

        Defendants.

## ORDER REGARDING DISPOSITION OF SETTLEMENT FUND & REQUEST FOR REIMBURSEMENT OF EXPENSES

This matter having come before the Court by Lead Counsel through its Supplemental Status Report and Request for Reimbursement of Additional Expenses dated December 11, 2007; and the Court having reviewed and considered the Lead Counsel's submission and the declarations of Michelle LaCount and Lawrence M. Rolnick; and for good cause shown:

IT IS hereby **ORDERED** that:

    1. All Claimants, whether or not they are to receive payment from the Net Settlement Fund, are hereby barred from making any further claim against the Net Settlement Fund or the Released Parties beyond the amount allocated to them by the Settlement Agreement as approved by the Court;

2. All claims received after entry of this Order are deemed to be automatically rejected.

3. All objections received after entry of this Order are deemed to be automatically denied.

4. Lead Counsel is permitted to transfer the Net Settlement Fund and the Class Notice and Administration Fund to a settlement fund trust account from which payments will be made by the Claims Administrator to authorized claimants pursuant to the Plan of Allocation.

5. The Claims Administrator is permitted to destroy paper copies of Claim Forms filed with it one year after the final distribution and is permitted to destroy electronic copies of claim records three years after the final distribution.

6. $4,816.84 is an appropriate and reasonable amount for reimbursement of expenses by Lead Counsel and, therefore, Lead Counsel is authorized to withdraw such sum from the Net Settlement Fund.

**IT IS SO ORDERED.**

Dated: December 17th, 2007

s/Richard P. Matsch
_____
HONORABLE RICHARD P. MATSCH
United States District Judge

Submitted by:
**LOWENSTEIN SANDLER P.C.**
Lawrence M. Rolnick, Esq. (LR-0546)
65 Livingston Avenue
Roseland, NJ 07068-1791
Tel. 973.597.2450
Fax. 973.597.2451
*Lead Plaintiffs' Counsel*