# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SPECIAL SITUATIONS FUND III, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., SPECIAL SITUATIONS TECHNOLOGY FUND NEW, L.P., and SPECIAL SITUATIONS TECHNOLOGY FUND II, L.P., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUOVADX, INC., LORINE R. SWEENEY, GARY T. SCHERPING, JEFFREY M. KRAUSS, FRED L. BROWN, J. ANDREW COWHERD, JAMES B. HOOVER, CHARLES J. ROESSLEIN, and JAMES A. GILBERT,<br><br>Defendants. | Civil Action No.<br>1:04-cv-01006-RPM |

### ORDER AUTHORIZING DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS TO NOT-FOR-PROFIT ORGANIZATION AND TERMINATING SETTLEMENT ADMINISTRATION AND DISCHARGING LEAD COUNSEL, LEAD PLAINTIFFS AND THE CLAIMS ADMINISTRATOR FROM FURTHER DUTIES IN CONNECTION THEREWITH

This matter having come before the Court by Lead Counsel through its Motion for Order Authorizing Distribution of Residual Settlement Funds to Not-For-Profit Organization and Terminating Settlement Administration and Discharging Lead Counsel, Lead Plaintiffs and the Claims Administrator from Further Duties in Connection Therewith; and the Court having reviewed and considered the Lead Counsel's submission and the declaration of Michelle M. La Count; and for good cause shown:

IT IS hereby **ORDERED** that:

1.     The balance of the Net Settlement Fund totaling $3,289.73 shall be donated to _Faculty of Federal Advocates_. The Claims Administrator shall send a check in the amount of $3,289.73 to such organization within 14 days of entry of this Order;

2.     Administration of the settlement fund in the above captioned action is hereby terminated and Lead Plaintiffs, Lead Counsel and the Claims Administrator are discharged from any further duties in connection therewith.

**IT IS SO ORDERED.**

Dated: _March 11_, 2009

_[signature]_
HONORABLE RICHARD P. MATSCH
United States District Judge

Submitted by:

**LOWENSTEIN SANDLER P.C.**
Lawrence M. Rolnick, Esq. (LR-0546)
65 Livingston Avenue
Roseland, NJ 07068-1791
Tel. 973.597.2450
Fax. 973.597.2451
_Lead Plaintiffs' Counsel_